*T. H. Parker, J. H. Tipton,* and *R. J. Bacon,* for plaintiff in error. *Ryals & Anderson,* contra.

---

JOINER *v.* WILKES.

PER CURIAM. Under the pleadings and the evidence the court did not err in granting the interlocutory injunction.

*Judgment affirmed. All the Justices concur.*
No. 673. AUGUST 14, 1918.

Injunction. Before Judge Harrell. Grady superior court. October 10, 1917.

*J. Q. Smith,* for plaintiff in error.
*Ira Carlisle* and *S. P. Cain,* contra.